**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

OUTLAW LABORATORY, L.P.,

    Plaintiff,

v.                                                   Case No. 19-12484

L & F MINI MART, INC.,
et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the court's docket text entry granting Plaintiff's Motion for Default Judgment (ECF No. 25) entered on December 12, 2019,

IT IS ORDERED AND ADJUDGED that judgment is entered for Plaintiff Outlaw Laboratory, L.P., and against Defendants Dexter Enterprises, Inc., 8820 Wyoming Gas Mart, Inc., Trenton Stop & Go, Inc., Wyandotte Fill & Go, Inc., M & N Food & Gas, Inc., and Schoolcraft Wyoming Petro, Inc., in the amounts listed below which are inclusive of costs and attorneys' fees. Dated at Port Huron, Michigan, January 3, 2020.

1. Plaintiff shall receive a judgment against Defendant Dexter Enterprises, Inc., in the amount of $63,040.59.

2. Plaintiff shall receive a judgment against Defendant 8820 Wyoming Gas Mart, Inc., in the amount of $63,040.59.

3. Plaintiff shall receive a judgment against Defendant Trenton Stop & Go, Inc., in the amount of $63,040.59.

4. Plaintiff shall receive a judgment against Defendant Wyandotte Fill & Go, Inc., in the amount of $63,040.59.

5. Plaintiff shall receive a judgment against Defendant M & N Food & Gas, Inc., in the amount of $63,040.59.

6. Plaintiff shall receive a judgment against Defendant Schoolcraft Wyoming Petro, Inc., in the amount of $63,040.59.

Dated; January 3, 2020

DAVID J. WEAVER
CLERK OF THE COURT

S/Lisa Wagner
By: Case Manager and Deputy Clerk to
Judge Robert H. Cleland

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\19-12484.OUTLAW.Judgment.RMK.docx